IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02415-PAB-KLM

ROSE BRACKEEN,

    Plaintiff,

v.

CONSTELLIS, and
TRIPLE CANOPY, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Unopposed Motion for Clarification of Deadline for the Parties to Exchange Exhibits [Docket No. 59] and plaintiff's Unopposed Motion for Extension of Time to Designate Deposition Testimony and Counter Deposition Designation [Docket No. 60].  The parties seek clarification on whether the deadline to exchange exhibits is June 17, 2022 based on the Final Pretrial Order [Docket No. 53] or July 11, 2022 based on the Court's Practice Standards. Docket No. 59 at 1-2.  Additionally, the parties seek an extension of the deadline of June 3, 2022 to submit designations of deposition testimony and June 17, 2022 to submit counter deposition testimony.  Docket No. 60 at 1-2.

    In the case of a conflict between an order of the Court and the Practice Standards of the Court, an order controls.  The deadline to exchange exhibits is June 17, 2022.  Counsel may, however, file a motion seeking an extension.  For future requests for extension of time, counsel is reminded that, pursuant to § I.G.2 of this Court's Practice Standards, "[a]ny motion for extension of time shall be filed no later than three business days before the date the motion, response, reply, or other paper is due."  Wherefore, it is

    **ORDERED** that plaintiff's Unopposed Motion for Extension of Time to Designate Deposition Testimony and Counter Deposition Designation [Docket No. 60] is **GRANTED**.  Designations of deposition testimony are due **on or before June 17, 2022** and counter deposition testimony designations are due **on or before June 27, 2022**.  It is further

**ORDERED** that defendants' Unopposed Motion for Clarification of Deadline for the Parties to Exchange Exhibits [Docket No. 59] is **GRANTED**.  It is further

**ORDERED** that the parties shall file a status update on June 30, 2022 after the conclusion of mediation.

DATED June 3, 2022.